Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 10, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01199-CV

____________

 

HALLMARK COUNTY MUTUAL INSURANCE COMPANY, Appellant

 

V.

 

RODOLFO CRUZ AND PATRICIA CRUZ, Appellees

 



 

On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2010-39546

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 15, 2010.  On May 2, 2011, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Frost, Jamison, and McCally.